IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODERICK T. ALLEN, N94327, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-00591-JPG-PMF |
| | ) |
| C/O HANKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 62) of Magistrate Judge Philip M. Frazier with regard to Plaintiff's Motions for a Temporary Restraining Order/Preliminary Injunctive Relief (Doc. 15, 23, and 58).  Objections to the R & R were due by November 24, 2014 and plaintiff received two extensions of time in which to file objections (Docs. 66 and 69) extending the deadline to file objection to January 26, 2015.   Plaintiff filed a third request for extension of time in which to file objections to the R & R (Doc. 70) which was denied (Doc. 72) for failing to demonstrate good cause pursuant to Fed. R.Civ. P. 6(b).   As such, Plaintiff was provided sufficient time and has not file an objection to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendations (Doc. 62) in its entirety and **DENIES** Plaintiff's Motions for a Temporary Restraining Order/Preliminary Injunctive Relief (Doc. 15, 23, and 58).

**IT IS SO ORDERED.**

**DATED:**   2/5/2015

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**