IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODERICK T. ALLEN, N94327, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-00591-JPG-PMF |
| | ) |
| C/O HANKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Pay Filing Fee (Doc. 80) and Motion for Extension of Time to File Notice of Appeal as to Document 73 (Doc. 78). The Court notes that the Plaintiff filed a Notice of Appeal (Doc. 79) on the same date as filing his Motion for Extension of Time to File Notice of Appeal (Doc. 78). As such, Plaintiff's Motion for Extension of Time to File Notice of Appeal (Doc. 78) is moot.

Plaintiff was denied leave to proceed IFP in this matter and the Court ordered Plaintiff to pay the full filing fee of $400.00 for this action on or before March 4, 2015 (Doc. 77). The Court further notified the Plaintiff that failure to comply with the Order in the time allotted by the Court could result in dismissal of this matter. *See,* Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051, 1056-57 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466, 468 (7th Cir. 1994).

In an abundance of caution and because of the pending appeal, on Plaintiff's Motion for Extension of Time to Pay Filing Fee (Doc. 80) is **GRANTED** and Plaintiff is required to pay the full filing fee of $400.00 for this action on or before **March 30, 2015.** Plaintiff's Motion for Extension of Time to File Notice of Appeal (Doc. 78) is **DENIED** as moot.

Plaintiff is **WARNED** that failure to comply with this Order in the time allotted will result in a dismissal of this matter with prejudice.

**IT IS SO ORDERED.**

**DATED:** 3/16/2015

s/*J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
